No. 99–618. Planned Parenthood of Mid-Missouri and Eastern Kansas, Inc. v. Missouri. C. A. 8th Cir. Certiorari denied.

No. 99–627. Daniels v. Pennsylvania Public Utility Commission. C. A. 3d Cir. Certiorari denied.

No. 99–667. Leppo v. United States. C. A. 1st Cir. Certiorari denied.

No. 99–670. Schachner v. Ohio. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 99–675. Wahl v. San Diego Sheet Metal Works, Inc., et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–5213. Minnick v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 99–5282. Gosier v. Page, Warden. C. A. 7th Cir. Certiorari denied.

No. 99–5301. Ladner v. City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 99–5377. Garza v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–5386. Wiley v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–5676. Mack v. Alabama. Sup. Ct. Ala. Certiorari denied.

No. 99–5743. Pruitt v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 99–5851. Nagel v. Osborne et al. C. A. 11th Cir. Certiorari denied.

No. 99–5946. Thomas v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 99–6037. Lee v. Georgia. Sup. Ct. Ga. Certiorari denied.